

# In the
# Court of Appeals
# Second Appellate District of Texas
# at Fort Worth

No. 02-22-00513-CV

| | | |
|---|---|---|
| Z2Z CAPITAL, LLC, Appellant | § | On Appeal from the 348th District Court |
| | § | of Tarrant County (348-330663-21) |
| v. | § | April 25, 2024 |
| MATTHEW AND RILEY ROSE, LLC, Appellee | § | Memorandum Opinion by Justice Wallach |

## JUDGMENT

This court has considered the record on appeal in this case and holds that there was error in part of the trial court's judgment. It is ordered that the judgment of the trial court is affirmed in part and reversed and remanded in part. We affirm the trial court's judgment as to Appellant Z2Z Capital, LLC's claims against Appellee Matthew and Riley Rose, LLC. We reverse the trial court's judgment as to Matthew and Riley Rose, LLC's rent abatement claim and the award of Matthew and Riley Rose, LLC's attorney's fees. We remand this case to the trial court for further proceedings.

It is further ordered that each party shall bear their own costs of this appeal.

SECOND DISTRICT COURT OF APPEALS

By __/s/ Mike Wallach_____
     Justice Mike Wallach